## DURBIN v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided Sept. 25, 1934.)

R. C. TARTAR for movant.

BAILEY P. WOOTTON, Attorney General, and DAVID. C. WALLS, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## FARMERS MOTOR COMPANY v. CAWOOD.

Court of Appeals of Kentucky.

(Decided Oct. 12, 1934.)

R. W. KEENON for appellant.

D. B. SMITH for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

## METROPOLITAN LIFE INSURANCE COMPANY v. TRUNICK'S ADMINISTRATOR.

Court of Appeals of Kentucky.

(Decided Oct. 16, 1934.)

BRUCE & BULLITT for movant.

ROBERT HUBBARD, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.